UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS DANE SANDERS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>PONCE, et al.,<br><br>　　　　　　Respondents. | No. 2:15-cv-1619 CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner, a federal prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has paid the filing fee.

A writ of habeas corpus cannot issue under 28 U.S.C. § 2241 unless a prisoner is in custody in violation of federal law.  28 U.S.C. § 2241(c)(3).  Petitioner does not assert he is in custody in violation of federal law, or challenge the length of his sentence.  He challenges conditions of confinement.  Accordingly, this action should be dismissed.  If petitioner wishes to initiate an action regarding conditions of confinement, he should commence an action pursuant to Bivens v. Six Unknown Fed. Narcotics Agents, 403 U.S. 388 (1999).  Petitioner is warned that if he elects to commence a Bivens action, the filing fee is $350 which petitioner will be permitted to pay in installments.

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district
2 court judge to this case; and

3    IT IS HEREBY RECOMMENDED that petitioner's application for writ of habeas corpus
4 under 28 U.S.C. § 2241 be dismissed.

5    These findings and recommendations are submitted to the United States District Judge
6 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
7 after being served with these findings and recommendations, petitioner may file written
8 objections with the court.  Such a document should be captioned "Objections to Magistrate
9 Judge's Findings and Recommendations."  In his objections petitioner may address whether a
10 certificate of appealability should issue in the event he files an appeal of the judgment in this
11 case.  See Rule 11, Federal Rules Governing Section 2254 Cases (the district court must issue or
12 deny a certificate of appealability when it enters a final order adverse to the applicant).  Petitioner
13 is advised that failure to file objections within the specified time may waive the right to appeal the
14 District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

15 Dated: August 18, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
sand1619.214