UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS DANE SANDERS, | No. 2:15-cv-1619 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| PONCE, et al., | |
| Respondents. | |

Petitioner, a federal prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The only remaining claim is that the classification score assigned to petitioner under Federal Bureau of Prisons Program Statement 5100.8 is too low.[1]

Petitioner seeks appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

---

[1] This classification score determines where federal prisoners such as petitioner will be housed. A higher score would allow petitioner to be housed at a lower security level prison.

1

Petitioner also makes a number of requests concerning his conditions of confinement. Generally speaking, petitioner's conditions of confinement are not at issue in this action. As petitioner was informed in the court's March 29, 2016 findings and recommendations, claims regarding petitioner's conditions of confinement must be brought separately in an action filed pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 430 U.S. 388 (1971).

Finally, petitioner asks that the court "expunge disciplinary report #2773255." As indicated above, this matter does not concern disciplinary proceedings. If petitioner wishes to challenge any aspect of prisoner disciplinary proceedings he must initiate a separate action either under <u>Bivens,</u> or under 28 U.S.C. § 2241 if petitioner seeks the restoration of sentence credit.

Accordingly, IT IS HEREBY ORDERED that all of petitioner's outstanding motions and requests (ECF Nos. 13-19) are denied.

Dated: May 3, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
sand1619.rac